NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ARMAND N. PERREAULT, JR.,              )
                                       )
      Appellant,                       )
                                       )
v.                                     )     Case No. 2D18-2819
                                       )
STATE OF FLORIDA,                      )
                                       )
      Appellee.                        )
_____)

Opinion filed June 19, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Philip J. Federico,
Judge.

Armand N. Perreault, Jr., pro se.


PER CURIAM.


      Affirmed.


KHOUZAM, SLEET, and ATKINSON, JJ., Concur.